UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONNY SQUIRE,

                Plaintiff,

-against-

DEPARTMENT OF CORRECTIONS et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/2023

20-cv-9495 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

       Plaintiff, proceeding *pro se*, initiated this case on November 9, 2020 by filing a complaint, which he amended on November 24, 2020 [ECF Nos. 2, 4 ("Amended Complaint")]. In an Order dated December 21, 2020, the Court explained that "it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so" [ECF No. 7].

       Then, on May 18, 2021, the Court issued an order explaining that the Amended Complaint was deficient in several respects and directing Plaintiff to file a second amended complaint within sixty days [ECF No. 9]. In the May 18, 2021 Order, the Court warned Plaintiff that failure to comply might result in dismissal.

       Plaintiff has not taken any action to prosecute this case since the Court issued the May 18, 2021 Order. As such, on September 20, 2022, the Court issued an Order To Show Cause why this case should not be dismissed for failure to prosecute [ECF No. 10]. The Clerk of Court mailed a copy of the Order To Show Cause to Plaintiff at the address he provided; however, the mail was returned because it could not be delivered or forwarded.

       Plaintiff was on notice that he had to notify the Court if his address changed and that the Court might dismiss his case for failing to do so [ECF No. 7]. By failing to provide the Court with

his current address—let alone file a second amended complaint as directed more than a year ago—Plaintiff has failed to take the most basic steps necessary to prosecute this case. Accordingly, this case is dismissed without prejudice.

**SO ORDERED.**

Date: **January 6, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**